Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS,
INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH TATE,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No. SACV13-1854-MWF (JPRx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF JUDITH TATE AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>District Judge Michael W. Fitzgerald |

IT IS HEREBY STIPULATED by and between Plaintiff Judith Tate ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each side shall bear its own attorneys' fees and costs incurred herein.

1    Dated:  August 20, 2014           Respectfully submitted,

2                                         JONES DAY

3

4                                         By  */s/ Katherine A. Klimkowski*
                                                 Katherine Klimkowski

5                                         Attorneys for Defendant
                                        EXPERIAN INFORMATION

6                                         SOLUTIONS, INC.

7

8    Dated:  August 20, 2014           FRANCIS & MAILMAN PC

9

10                                       By:  */s/ Erin A. Novak*
                                              Erin A. Novak

11                                         Attorneys for Plaintiff

12                                         JUDITH TATE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Katherine A. Klimkowski, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On August 20, 2014, I served a copy of the **STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF JUDITH TATE AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Stephanie R. Tatar | Erin A. Novak |
| Tatar Law Firm, APC | Francis & Mailman PC |
| 3500 West Olive Avenue, Suite 300 | 100 South Broad Street 19th Floor |
| Burbank, CA 91505 | Philadelphia, PA  19110 |
| T: (323) 744-1146 | T: (215) 735-8600 |
| F: (888) 778-5695 | F: (215) 940-8000 |
| Email: stephanie@thetatarlawfirm.com | Email: enovak@consumerlawfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

Executed on August 20, 2014, at Irvine, California.


*/s/ Katherine A. Klimkowski*
Katherine A. Klimkowski

IRI-66047v1